

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00310-CR

## IN RE RONALD ALBERT WHITMAN

## Original Proceeding

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus is denied.[1] *See Ex parte Beard*, No. 10-15-00252-CR, 2015 Tex. App. LEXIS 8522, *2 (Tex. App.—Waco Aug. 13, 2015, orig. proceeding) (publish).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Scoggins
Petition denied
Motion dismissed
Opinion delivered and filed October 8, 2015
[OT06]



---

[1] Relator's Motion to File a Single Copy is dismissed as moot.